

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00969-CV

Stephanie **LOY**,
Appellant

v.

**CITY OF ALICE, TEXAS**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 17-08-57524-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order of dismissal is REVERSED, and this case is REMANDED for further proceedings. Costs of this appeal are taxed against the appellee.

SIGNED August 7, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice